ORDERED in the Southern District of Florida on  Mar 10, 2010



_____
John K. Olson, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

                CASE NO.: 10-11267-JKO
                CHAPTER 7 CASE

IN RE:
CARLTON A. PRESTON, JR.,
Debtor.
_____/

### ORDER GRANTING MODIFICATION OF STAY

THIS CASE came before the court, upon Motion for Relief from Stay (Docket #18) filed pursuant to local rule 4001-1(c) by **BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, L.P.**, a secured creditor, and there being no objections to the entry of this order within the fourteen days negative notice period set forth therein, and the Court based on the record,

ORDERED AND ADJUDGED as follows:

1. That the Motion for Relief from Stay is, granted so that Movant may file and complete an action in State Court for foreclosure of its mortgage encumbering the property described as:

09-53457

UNIT 8, PHASE 2, BAYSHORE AT VISTA CAY, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM, AND ALL IT ATTACHMENTS AND AMENDMENTS, AS RECORDED IN OFFICIAL RECORDS BOOK 8286, PAGE 2384, AS AMENDED BY EIGHTH AMENDMENT TO DECLARATION RECORDED IN OFFICIAL RECORDS BOOK 8466, PAGE 569, OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA. TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS AND ALL APPURTENANCES HEREUNTO APPERTAINING AND SPECIFIED IN SAID DECLARATION OF CONDOMINIUM.

A/K/A: 5014 TIDEVIEW CIR, #8, ORLANDO, FL 32819

2. It is further ORDERED ADJUDGED AND DECREED that the Order granting Relief from the automatic stay is entered for the sole purpose of allowing Movant to obtain an in rem judgment against the property and any other remedies the Movant may have under applicable non-bankruptcy law; provided, that the Movant shall not seek or obtain an in personam judgment against the debtor.

3. BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, L.P., is permitted to offer the debtor information regarding potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other loan workout/Loss Mitigation agreement and may enter into such agreement with the debtor without violating any Discharge Order. However, **BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, L.P.,** may not enforce any personal liability against the debtor if Debtor's personal liability is discharged in this bankruptcy case.

###

Prepared by: LAW OFFICES OF MARSHALL C. WATSON, P.A.
ATTN: SCOTT WEISS, ESQ.
1800 NORTH WEST 49TH STREET – SUITE #120
FORT LAUDERDALE, FLORIDA 33309

Scott Weiss, Esq., Is directed to furnish a
**Conformed copy of this Order immediately
upon receipt of same and file certificate
of service with the court.**

09-53457